01-15-00999-CR



# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

### CORRECTION LETTER - DEFENDANT'S NAME

November 20, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 10:25:00 AM
CHRISTOPHER A. PRINE
Clerk

BOB WICOFF
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON, TX 77002

Defendant's Name:  DONALD NEALEY

Cause No:  1481930

Court:  228TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/17/15
**Sentence Imposed Date:** 11/13/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** BOB WICOFF

Sincerely,

S. NORRIS

S. NORRIS

Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

     MATTIE KIMBLE  (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

November 18, 2015

BOB WICOFF
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON, TX 77002

Defendant's Name: DONALD NEALY

Cause No  1481930

Court: 228TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause.

**Notice of Appeal Filed Date:** 11/17/15
**Sentence Imposed Date:** 11/13/15
**Court of Appeals Assignment:** First  Court of Appeals
**Appeal Attorney of Record:** BOB WICOFF

Sincerely,

S. NORRIS

Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    MATTIE KIMBLE  (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

Cause No. 1481930

# THE STATE OF TEXAS

DONALD NEALEY **V.** , A/K/A/ _____

A 22-997
22-996

JWOB-V

228 ___ District Court / County Criminal Court at Law No. _____

Harris County, Texas

# FILED

Chris Daniel
District Clerk

## NOTICE OF APPEAL

NOV 17 2015

Time: _____
Harris County, Texas

## TO THE HONORABLE JUDGE OF SAID COURT:

By _____

On 11-17-15 (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction

The undersigned attorney (check appropriate box):

☑ **MOVES** to withdraw
☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal

11-17-15
**Date**

Attorney (Signature)

DONALD NEALEY
**Defendant (Printed name)**

ROBERT SCARDINO
**Attorney (Printed name)**

1771950
**State Bar Number**

1004 CONGRESS
**Address**

713 229 9464
**Telephone Number**

The defendant (check all that apply):

☑ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him

☑ **ASKS** the Court to **ORDER** that a free record be provided to him

☐ **ASKS** the court to set **BAIL**

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

**Defendant (Signature)**

DONALD NEALEY
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON 11-17-15

By Deputy District Clerk of Harris County, Texas _____

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

# ORDER

On ___111715___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time

☑ **IS** indigent for the purpose of

    ☑ employing counsel

    ☑ paying for a clerk's and court reporter's record

    ☑ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED / DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☑ ___Bob Wicoff___ _Harris County Public Def.'s Office_ (attorney's name & bar card number) SBT # 21422700

    is **APPOINTED** to represent defendant / appellant on appeal

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

**BAIL IS**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set

☑ **DENIED** and is **SET** at **NO BOND** (Felony Only)

**DATE SIGNED** ___111715___

_____
JUDGE PRESIDING.
____ **DISTRICT COURT** /
**COUNTY CRIMINAL COURT AT LAW NO** ____.
**HARRIS COUNTY, TEXAS**



 A

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 228TH DISTRICT COURT |
| v. DONALD NEALEY | COUNTY CRIMINAL COURT AT LAW NO. ____ |
| , Defendant | HARRIS COUNTY, TEXAS |

### TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case

☒ is not a plea-bargain case, and the defendant has the right of appeal [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial. and not withdrawn or waived, and the defendant has the right of appeal [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal [or]

☐ the defendant has waived the right of appeal

**FILED**
Chris Daniel
District Clerk

NOV 1 3 2015

Time: _____
Harris County, Texas

By _____
Deputy

_____
Judge

_____41.13.15_____
Date Signed

I have received a copy of this certification I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals TEX R APP P 68 2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address. I may lose the opportunity to file a *pro se* petition for discretionary review

In Custody _____
Defendant

Refused to Sign _____
Defendant's Counsel

Mailing Address _____

Telephone number _____

Fax number (if any) _____

State Bar of Texas ID number: 17719550

Mailing Address 1004 CONGRESS

Telephone number 713 223 9222

Fax number (if any) 713 223 9931

* A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is. a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial. or (B) after getting the trial court's permission to appeal TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1481930          OFFENSE: CAP MURDER

THE STATE OF TEXAS          228th DISTRICT COURT

VS.                        OF

Donald Nealey              HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Donald Nealey , defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

_____
DEFENDANT

SUBSCRIBED AND SWORN to before me, this_____day of 11/17/15 A.D., 20_____.

FILED
Chris Daniel
District Clerk
NOV 17 2015
Time:_____ Harris County, Texas
By_____ Deputy

_____
DEPUTY DISTRICT CLERK
228 DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On 11/17/15 the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that Bob Wicoff is appointed to represent defendant/appellant on appeal. SBT # 21422700 Harris County P.D.O. Office

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: MATTIE KIMBLE , by certified mail return receipt requested.

_____
JUDGE PRESIDING
_____ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, Bob Wicoff , Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____        21422700 / 71422700
ATTORNEY (SIGNATURE)              BAR/SPN NUMBER

1201 Franklin, 13th fl.          Houston, TX-77002
ADDRESS                          CITY      STATE    ZIP

713.368-0016                     713.368.9278
PHONE                            FAX NUMBER

bob.wicoff@pdo.hctx.net
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON 11/17/15 .

_____
DEPUTY DISTRICT CLERK (SIGNATURE)

**DISTRICT CLERK**

# APPEAL CARD

1st

Court 228TH    1-ZO-16 / 12    Cause No. 1481930

### The State of Texas
### Vs

Donald Nealey

Date Notice
Of Appeal: 11-19-15   11-17-15

Presentation: _____   Vol. _____ Pg. _____

Judgment: _____   Vol. _____ Pg. _____

Judge Presiding Leslie Yates

Court Reporter Mattie Kimble

Court Reporter _____

Court Reporter _____

Attorney
on Trial Robert Scardino

Attorney
on Appeal To Be Determined

Appointed _____ Hired _____

Offense Capital Murder

Jury Trial    Yes ✓ No _____

Punishment
Assessed LIFE

Companion Cases
(If Known) 1420668 & 1420669

Amount of
Appeal Bond $0

Appellant
Confined:    Yes ✓ No _____

Date Submitted
To Appeal Section 11-17-15

Deputy Clerk Shane Charleston